UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

HRM, INC.,

Plaintiff,

vs.

S/V EMERALD CUT, her engines, tackle, apparel, furnishings, equipment, etc. and BONNIE BRIER, INC.

Defendants.

C.A. No. 07 448

**STIPULATION TO EXTEND TIME FOR DEFENDANTS TO ANSWER COMPLAINT**

IT IS HEREBY STIPULATED AND AGREED, that the deadline for Defendants S/V EMERALD CUT, her engines, tackle, apparel, furnishings, equipment, etc. and BONNIE BRIER, INC. to serve and file its Answer to Plaintiff's Complaint is extended to January 15, 2008.

James T. Murphy, Esq. #1698
Hanson Curran LLP
146 Westminster Street
Providence, RI 02903
Telephone: (401) 421-2154
Facsimile: (401) 521-7040
jtm@hansoncurran.com

DATED: 12/28/07

David J. Szerlag, Esq. #4261
Foley & Mansfield, P.L.L.P.
250 Marquette Avenue, Suite 1200
Minneapolis, MN 55401
Telephone: (612) 338-8788
Facsimile: (612) 338-8690
dszerlag@foleymansfield.com

DATED: 12/28/07