UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| HRM, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>S/V EMERALD CUT, her engines, tackle, apparel, furnishings, equipment, etc. and BONNIE BRIER, INC.<br><br>Defendants. | : | C.A. No. 07 448 |

**CERTIFICATE OF SERVICE**

I hereby certify that on December 28, 2007, I caused the following document;

STIPULATION TO EXTEND TIME FOR DEFENDANTS TO ANSWER COMPLAINT

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Kelly N. Michels #6478
James T. Murphy, Esq. #1698
Hanson Curran LLP
146 Westminster Street
Providence, RI 02903

A. Lauriston Parks #0385
53 Narragansett Avenue
Jamestown, RI 02835

I further certify that I caused a copy of the foregoing document and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

NONE

Dated: December 28, 2007

s/ David J. Szerlag

David J. Szerlag
#4261
Attorney for Defendants
Foley & Mansfield, P.L.L.P.
Suite 1200
250 Marquette Avenue
Minneapolis, MN 55401
Telephone: (612) 338-8788
Fax: (612) 338-8690
dszerlag@foleymansfield.com