UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

HRM, INC.

VS. C.A. NO.: 2007-448 S-LDA

S/V EMERALD CUT, her engines, tackle, apparel, furnishings, equipment, etc., and BONNIE BRIER,INC.

**DEFENDANTS' PRE-TRIAL STATEMENT**

I. Summary of Basic Facts

The Defendants have no knowledge of the facts alleged by Plaintiff in their Pretrial Statement other than the following:

During the early afternoon of August 13, 2007, the captain of the vessel in question, S/V Emerald Cut, anchored in an approved anchorage area located in Great Salt Pond, Block Island, Rhode Island. The captain, Patrick King, and a guest remained on the vessel for a number of hours prior to leaving the vessel to have dinner. During the hours prior to departure, Captain King made numerous observations to ensure that the anchor was properly set. At all times the anchor was holding fast.

When the captain and guest left the vessel the weather was fair with no indication of foul weather. The party was ashore for approximately two hours and returned to the area where the vessel had been anchored. Arriving in the anchorage area, Captain King discovered the vessel was no longer present. He motored around the area and located the Emerald Cut located on a mooring buoy a short distance from the anchorage area. At no time from reaching the Salt Pond until their return to the

vessel had the weather turned foul. The captain found that the anchor had been raised and a note from the Plaintiff indicating that the anchor had been found dragging and the vessel had been moved to the mooring by Plaintiff's agent, servant and/or employee.

II. Summary of Legal Arguments and Issues

Defendants do not dispute, for purposes of this memorandum, plaintiff's counsel's rendition of the state of admiralty law as it pertains to salvage. The defendants aver however that circumstances did not exist on August 13, 2007 to classify the actions of plaintiff, if any, as salvage, but at best constituted a tow. The value of a tow is generally acknowledged to be based on time and labor and not on a percentage of the vessel's value.

Respectfully submitted,

Defendants,
S/V EMERALD CUT AND
BONNIE BRIER, INC.
By their Attorney,

s/ David J. Szerlag
David J. Szerlag
#4261
Foley & Mansfield, P.L.L.P.
Suite 1200
250 Marquette Avenue
Minneapolis, MN 55401
Telephone: (612) 338-8788
Fax: (612) 338-8690
dszerlag@foleymansfield.com

**CERTIFICATION**

I, hereby certify that on June 16, 2008, I electronically filed the within Statement using the CM/ECF system which will send notification of such filing to all counsel of record.

s/ David J. Szerlag